John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 800006

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-61768 | 016-0 | CHARLES RAY SMITH<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA  23285- | xxxxxxxxxxxx5802 | 598.51 | 105.49 | 0.00 | 105.49 |
| 04-61768 | 017-0 | CHARLES RAY SMITH<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA  23285- | xxxxxxxxxxxx0969 | 396.18 | 110.36 | 0.00 | 110.36 |
| 04-61768 | 014-0 | CHARLES RAY SMITH<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA  23285- | xxxxxxxxxxxx2379 | 318.99 | 56.22 | 0.00 | 56.22 |
| 04-61768 | 015-0 | CHARLES RAY SMITH<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA  23285- | xxxxxxxxxxxx4339 | 435.09 | 76.69 | 0.00 | 76.69 |
| 04-61856 | 016-0 | IRVIN EDISON FISER JR<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA  23285- | xxxxxxxxxxxx7247 | 1,187.86 | 13.96 | 0.00 | 13.96 |
| 05-62003 | 002-0 | TRINCHE ROSHELL ANDERSON<br>Original Check written to:<br>SFC-CENTRAL BANKRUPTCY<br>652 BUSH RIVER RD # 206<br>COLUMBIA, SC  29210 | xxxxx4619 | 566.35 | 89.74 | 0.00 | 89.74 |
| 06-60709 | 016-0 | BILLY RAY CLEMONS<br>Original Check written to:<br>RETAIL MERCHANTS ASSOCIATION<br>411 W FRONT ST<br>TYLER, TX  75702 | xxxxxxx9287 | 498.28 | 75.15 | 0.00 | 75.15 |